**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Thomas Eftenoff, | No. CV-14-01023-PHX-NVW (MHB) |
| Petitioner, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Respondents. | |

Before the court is the Report and Recommendation ("R&R") of Magistrate Judge Michelle Burns (Doc. 35) regarding Petitioner's Motion to Stay and Abey Habeas Proceedings (Doc. 25). The R&R recommends that the Motion be denied. Petitioner filed objections to that recommendation on March 24, 2015. (Doc. 36.)

The court has considered the objections and reviewed the R&R de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C.§ 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1)(C) (providing that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

IT IS THEREFORE ORDERED that the Report and Recommendation of the Magistrate Judge is accepted.

IT IS FURTHER ORDERED that Petitioner's Motion to Stay and Abey Habeas Proceedings (Doc. 25) is denied.

This matter remains referred to Magistrate Judge Burns.

Dated this 28th day of April, 2015.

                                                  Neil V. Wake
                                             United States District Judge